UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                         CASE NO. 20-20017-015

AMBER RENEE VANCE                                                                    DEFENDANT

## ORDER

As ordered from the bench in the sentencing hearing conducted this same day, the Court ADOPTS the report and recommendation (Doc. 275) entered in this case and accepts Defendant's plea of guilty to superseding Count 1 of the indictment.

IT IS SO ORDERED this July 21, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE